UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON EDWIN DEVORE,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. CV 18-08894-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　　Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any objections by the deadline. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Date:  October 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge