JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JASON EDWIN DEVORE, | Case No. CV 18-08894-JAK (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: October 21, 2020

_____
JOHN A. KRONSTADT
United States District Judge